OPINION — AG — WHEN THE DUE DATE OF THE MORTGAGE IS NOT SPECIFIED, THE COUNTY TREASURER MUST ASSUME THAT THE DUE DATE OR TERM IS FOR A PERIOD OF MORE THAN FIVE (5) YEARS AND A RATE OF $0.10 PER $100.00 OR EACH FRACTION THEREOF SHOULD BE CHARGED, UNLESS SATISFACTORY EVIDENCE IS AFFIDAVIT FORM IS SUBMITTED SHOWING THE DUE DATE OR TERM OF THE MORTGAGE. CITE: 68 O.S. 1965 Supp., 1904 [68-1904] (LUSTER COOK)